UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:15-mj-1658

**HECTOR TRUJILLO**

AUSA: James Mandolfo
Defense Attorney: Maria Guzman

| JUDGE: | **GREGORY J. KELLY** United States Magistrate Judge | DATE AND TIME: TOTAL TIME: | **December 4, 2015** 3:39 P.M.- 3:49 P.M. 10 minutes |
|---|---|---|---|
| DEPUTY CLERK: | Trish LeGros | RECORDING: | Digital |
| INTERPRETER: | Claudia Villalba-Spanish | PRETRIAL: | Brandon Ramirez |

## CLERK'S MINUTES
### INITIAL APPEARANCE
### (RULE 5C FROM THE EASTERN DISTRICT OF NEW YORK-BROOKLYN)

**Defendant was arrested today.**

Case called, appearances made, procedural setting by the Court.
Interpreter placed under oath.
Court advises defendant of his rights.
No issue as to identity.
Government summarizes the charges in the Superseding Indictment.
Government advises of the potential penalties.
Defendant requests court appointed counsel; Court appoints FPD for proceedings today in MDFL.
The Government advises that the Guatemalan Consulate has been notified of defendant's arrest.
Defendant waives Rule 5 & 5.1 hearings and will be transported by USM to the charging district.

Court adjourned.