United States District Court
Middle District of Florida
Orlando Division

UNITED STATES OF AMERICA

VS.                                                              CASE NO: 6:15-mj-1658

HECTOR TRUJILLO

### Order For Interpreter's Services

On finding that the services of an interpreter are necessary for interpreting judicial proceedings herein it is, in accordance with the Court Interpreter's Act,

ORDERED that Spanish interpreter to serve at all further judicial proceedings before the Court in this case, with leave to submit claim for compensation therefor at the conclusion of the case on forms of the Clerk in accordance with the Act and regulations promulgated thereunder.

**DONE** and **ORDERED** in Orlando, Florida on December 4, 2015.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Counsel for Defendant
District Judge