UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:15-mj-1658

HECTOR TRUJILLO

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS PURSUANT TO RULE 5(c), FED.R.CRIM.P.

Hector Trujillo, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Superseding Indictment from Eastern District of New York-Brooklyn was held on December 4, 2015.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that HECTOR TRUJILLO is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that HECTOR TRUJILLO be held to answer in the district court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on December 4, 2015.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Federal Public Defender
District Judge