

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
www.flmd.uscourts.gov

**MEMORANDUM**

# UNITED STATES OF AMERICA

VS.  CASE NO: 6:15-mj-1658

# HECTOR TRUJILLO

| | |
|---|---|
| DATE: | December 4, 2015 |
| | **Your Case No.:** 15-CR-252(S-1) (RJD) |
| TO: | United States District Court<br>Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201-1818 |
| FROM: | Trish LeGros, Courtroom Deputy for<br>Gregory J. Kelly, United States Magistrate Judge<br><br>U.S. Courthouse<br>401 West Central Boulevard<br>Orlando, Florida 32801 |
| SUBJECT: | Rule 5(c) Proceedings |

The above styled case originated in your district. Enclosed please find original documents regarding proceedings held in the Middle District of Florida in Orlando, Florida wherein the following action was taken:

INITIAL APPEARANCE:   December 4, 2015

RELEASE/DETENTION:   The Defendant was ordered detained and removed to the charging district.

SCHEDULED HEARING:   Upon notice by the charging district.

CHARGING DOCUMENT:   Superseding Indictment

Enclosures.